**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOROTHY GUILLORY and FELISE GUILLORY,

      Plaintiffs,

  v.

WFS FINANCIAL, INC. et al,

      Defendants.

No. C 06-06963 JSW

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

This matter is currently set for a hearing on March 9, 2007 at 9:00 a.m. on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiffs' opposition brief shall be due no later than January 12, 2007 and Defendants' reply brief shall be due no later than January 26, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE