IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOROTHY GUILLORY and FELISE GUILLORY,

    Plaintiffs,

v.

WFS FINANCIAL, INC. et al,

    Defendants.

No. C 06-06963 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION RE: ABSTENTION DOCTRINE**

This matter is currently set for a hearing on May 25, 2007 at 9:00 a.m. on the motion re abstention doctrine, as ordered by the Court at the parties' initial case management conference on April 6, 2007. For the sake of clarification, the Court HEREBY ORDERS that Defendants' opening brief, not to exceed 5 pages shall be due no later than May 4, 2007. Plaintiff's opposition brief not to exceed 5 pages shall be due no later than May 11, 2007. A reply brief, if any, shall be due no later than May 16, 2007 and shall not exceed 5 pages.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 27, 2007

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE