IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOROTHY GUILLORY, et al.

    Plaintiffs,

v.

WFS FINANCIAL, INC., et al.

    Defendants.

    No. C 06-06963 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

    The Court has received the Certification of Mediation session dated August 3, 2007, following a mediation held on July 30, 2007, in which the mediator advised that the case had fully settled.

    The parties are HEREBY ORDERED to submit a joint status report to the Court by no later than October 19, 2007, as to the status of settlement and when they expect dismissals to be filed. That deadline shall be vacated in the event the case is dismissed prior to that date.

    **IT IS SO ORDERED.**

Dated: October 9, 2007

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE